# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 25, 2013

### NO. 03-10-00461-CV

**Michael C. Bianco d/b/a Premier Custom Home Builders and
MDJB Construction, Inc. d/b/a Premier Custom Home Builders, Appellants**

**v.**

**James Hine and Sandra Hine, Appellees**

**APPEAL FROM 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PURYEAR**

**THIS DAY** came on to be submitted to this Court appellants' motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.